IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARK A. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:04-cv-450 |
| | ) PHILLIPS/GUYTON |
| THE CITY OF KNOXVILLE, | ) |
| TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER STAYING CASE

It appearing to the Court that the parties are in agreement that this case should be stayed because of the absence of the Plaintiff as a result his service in the United States Army in Iraq and the uncertainty of his return date, it is hereby

**ORDERED** that this case is stayed until such time as either party advises the Court following the Plaintiff's return that the case is ready to proceed.

*Thomas W. Phillips*
THOMAS W. PHILLIPS
U. S. DISTRICT JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

s/ Ronald E. Mills
Ronald E. Mills, BPR # 013348
Senior City Attorney
400 Main Avenue
City County Building, Suite 699
Knoxville, TN 37902
(865) 215-2050

s/ Rebecca A. Bell
Rebecca A. Bell, BPR # 017249
Franklin Square, Suite 202
9724 Kingston Pike
Knoxville, TN 37922
(865) 691-2211

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2005, a copy of the foregoing Agreed Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Ronald E. Mills

## REPRESENTATION OF COUNSEL

I certify that all signatories have consented to the filing of this document.

s/ Ronald E. Mills

F:\LITIGATI\CIVILRT\Taylor, Mark\Agreed Order Staying Case.doc